# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DANNY R CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-20-16-R |
| | ) | |
| CARL BEAR, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Petitioner filed this action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Suzanne Mitchell for preliminary review. On February 24, 2020, Judge Mitchell issued a Report and Recommendation wherein she recommended that Petitioner's Application for Leave to Proceed In Forma Pauperis be denied. The record reflects that Petitioner has not objected to the Report and Recommendation within the time limits prescribed therein, nor has he sought an extension of time in which to file an objection, accordingly, the Report and Recommendation is hereby ADOPTED in its entirety. The Application for Leave to Proceed In Forma Pauperis is DENIED. The petition will be dismissed without prejudice unless Mr. Campbell tenders the $5.00 filing fee within twenty-one days of entry of this Order.

IT IS SO ORDERED this 27th day of March 2020.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE